No. 85–1298.  PAYNE ET AL. *v.* WOOD.  C. A. 7th Cir.  Certiorari denied.

No. 85–1299.  LAURENT ET AL. *v.* WATTS.  C. A. 7th Cir.  Certiorari denied.

No. 85–1302.  SPIEGEL *v.* CONTINENTAL ILLINOIS NATIONAL BANK ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 85–1303.  KOWALSKI *v.* KOWALSKI ET AL.  Sup. Ct. Minn.  Certiorari denied.

No. 85–1306.  GONZALEZ *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 85–1308.  GERACE ET AL. *v.* NEW JERSEY CASINO CONTROL COMMISSION ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 85–1310.  DuPONT *v.* SOUTHERN NATIONAL BANK OF HOUSTON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–1312.  UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION LOCAL 1357 *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 85–1313.  JERSEY COAST EGG PRODUCERS, INC. *v.* LOCAL 863, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–1350.  EDGEMON *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 85–1366.  HUCKABY *v.* UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–1367.  FRANK E. BUSH, INC. *v.* UNITED STATES POSTAL SERVICE.  C. A. 2d Cir.  Certiorari denied.